NUMBER 13-99-703-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________ 



PEDRO LOPEZ MONTELONGO , Appellant, 


v.

 
THE STATE OF TEXAS, Appellee. 

__________________________________________________________________ 


On appeal from the 332nd District Court 

of Hidalgo County, Texas.

___________________________________________________________________ 



O P I N I O N

 
Before Justices Hinojosa, Yañez, and Chavez

Opinion Per Curiam

 

 Appellant, PEDRO LOPEZ MONTELONGO , perfected an appeal from a judgment entered by the 332nd District Court
of Hidalgo County, Texas, in cause number CR-1931-98-F . On August 24, 2000 , this cause was abated, and the trial
court was directed to conduct a hearing in accordance with Tex. R. App. P. 38.8(b)(2). The trial court's findings and
recommendations were received on October 6, 2000 . The trial court found that the appellant has abandoned the appeal and
recommended that the appeal be dismissed. 

 The Court, having considered the documents on file and the trial court's findings and recommendations, is of the opinion
that the appeal should be dismissed. The appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 2nd day of November, 2000 .